IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22MC2-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $22,453.00 IN U.S. CURRENCY seized from Back Yard Convenience on or about January 20, 2022, in Ashe County, North Carolina, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time to File Complaint for Forfeiture, in which the Government requests an extension of the period for filing a complaint for forfeiture as to currency seized from Back Yard Convenience.

On March 8, 2022, Nagwan Hassan filed a claim with the U.S. Customs and Border Patrol requesting that the Government file a complaint for forfeiture of the property seized from him. Pursuant to the applicable statutory requirements, the Government's period within which to initiate a complaint for forfeiture expires on June 3, 2022. *See* 18 U.S.C. § 983(a)(2). The Government requests an extension of that deadline to continue settlement negotiations in an attempt to resolve the

matter pre-complaint.

For good cause shown, the Government's Motion for Extension of Time to File Complaint for Forfeiture is GRANTED and the Government is allowed up to and including July 3, 2022 in which to file a complaint for forfeiture of the subject property.

**SO ORDERED**.

Signed: June 10, 2022

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge